**William G. Fig, OSB No. 952618**
wfig@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for Pacific GeoSource, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| PACIFIC GEOSOURCE, INC., an Oregon corporation, | Case No. __6:15-cv-2364__ |
| Plaintiff, | COMPLAINT |
| v. | |
| GREEN PATCH ENVIRONMENTAL CONSULTING, | |
| Defendant. | |

For its Complaint against Green Patch Environmental Consulting ("GPEC"), Pacific GeoSource, Inc. ("Pacific") alleges as follows:

1.

Pacific is an Oregon corporation, properly licensed and doing business in the state of Oregon.  Pacific's principal place of business is located in Drain, Oregon.

2.

GPEC is a Canadian company with its principal place of business located in Edmonton, Alberta, Canada.

Page 1 - COMPLAINT

## VENUE AND JURISDICTION

### 3.

The court has jurisdiction over this matter under 28 USC §1332.  Venue is proper in the Portland Division.

## FIRST CLAIM FOR RELIEF

### (Count One - Account)

### 4.

Pacific realleges paragraphs 1 through 3 above as if fully set forth herein.

### 5.

GPEC is indebted to Pacific in the principal sum of $125,715.96 for the balance of an account for various materials sold and delivered by Pacific to GPEC, plus interest charges thereon at the rate of 9 percent per year from the date of the last invoice, until paid.  A statement of GPEC's account is attached as Exhibit 1 and incorporated herein by this reference.

### 6.

Despite demand therefor, no part of GPEC's account balance has been paid or credited, and there is now due and owing from GPEC to Pacific the principal sum of $125,715.96, plus accrued interest thereon at the rate of 9 percent per year from the date of the last invoice, until paid, plus Pacific's costs and disbursements incurred herein.

In the alternative, and only if Pacific's First Claim for Relief, Count One, is denied, Pacific alleges:

### (Count Two - Goods Sold and Delivered)

### 7.

Pacific realleges paragraphs 1 through 3 and 5 through 6 above as if fully set forth herein.

Page 2 - COMPLAINT

8.

Pacific, at the request of GPEC, sold and delivered goods and materials to GPEC of the agreed and reasonable value of $125,715.96. Despite demand therefor, no part of said sum has been paid or credited.

9.

As a result, there is now due and owing from GPEC to Pacific the principal sum of $125,715.96, plus accrued interest thereon at the rate of 9 percent per year from the date each invoice became due and owing, until paid, together with Pacific's costs and disbursements incurred herein.

WHEREFORE, Pacific prays for judgment as follows:

1.    On Pacific's First Claim for Relief, Count One, for judgment against GPEC for the principal amount of $125,715.96, plus accrued interest thereon at the rate of 9 percent per year from the date of the last invoice, until paid;

2.    In the alternative, and only if Pacific's First Claim for Relief, Count One, is denied, for judgment against GPEC on Pacific's First Claim for Relief, Count Two, for judgment against GPEC in the principal sum of $125,715.96, plus accrued interest thereon at the rate of 9 percent per year from the date each invoice became due and owing, until paid; and

3.    For Pacific's costs and disbursements incurred herein.

DATED this 16th day of December, 2015.

SUSSMAN SHANK LLP

By /s/ William G. Fig
    William G. Fig, OSB No. 952618
    (503) 227-1111
    Attorneys for Pacific GeoSource, Inc.

*21793-006\GPEC COMPLAINT (02198438);2

Page 3 - COMPLAINT

2:32 PM
12/17/15

**Pacific GeoSource Inc.**
## A/R Aging Detail
### As of December 17, 2015

| | Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | | | |
| Total Current | | | | | | | | | | |
| **1 - 30** | | | | | | | | | | |
| Total 1 - 30 | | | | | | | | | | |
| **31 - 60** | | | | | | | | | | |
| Total 31 - 60 | | | | | | | | | | |
| **61 - 90** | | | | | | | | | | |
| Total 61 - 90 | | | | | | | | | | |
| **> 90** | | | | | | | | | | |
| | Invoice | 08/29/2014 | 101016 | 14081454 | GPEC | Net 30 | 09/28/2014 | | 445 | 2,333.69 |
| | Invoice | 05/21/2015 | 101265 | 20724 | GPEC:PO 20724 | Net 30 | 06/20/2015 | | 180 | 57,677.39 |
| | Invoice | 06/16/2015 | 101288 | 20752 | GPEC:PO 20752 | Net 30 | 07/16/2015 | | 154 | 65,705.88 |
| Total > 90 | | | | | | | | | | 125,716.96 |
| **TOTAL** | | | | | | | | | | **125,716.96** |

Exhibit _____1_____
Page_____1____of__1___