William G. Fig, OSB No. 952618
wfig@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| PACIFIC GEOSOURCE, INC., an Oregon corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GREEN PATCH ENVIRONMENTAL CONSULTING,<br><br>　　　　　　Defendant. | Case No. 6:15-cv-02364-AA<br><br>GENERAL JUDGMENT |

Based on the Order of Default and For Entry of General Judgment filed herewith and the remaining pleadings on file herein; now, therefore,

/ / /

/ / /

/ / /

/ / /

Page 1 – GENERAL JUDGMENT

**JUDGMENT** is hereby entered in favor of plaintiff and against defendant in the principal amount of $125,716.96, plus accrued, statutory interest thereon from July 17, 2015, until paid, together with Plaintiff's costs and disbursements incurred herein in the amount of $421.96. Execution shall issue therefor, and the entire General Judgment shall bear interest at the statutory rate of interest per year from the date entered until June 1, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

SUSSMAN SHANK LLP


By *s/ William G. Fig*
   William G. Fig, OSB No. 952618
   wfig@sussmanshank.com
   Attorneys for Plaintiff

Page 2 – GENERAL JUDGMENT